UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA


FILED
JUL 1 9 2018
Clerk, U S. District & Bankruptcy
Courts for the District of Columbia

Rickey Louis Alford,       )
                           )
         Petitioner,       )
                           )
v.                         )   Civil Action No. 18-1653 (UNA)
                           )
                           )
J. Gastelo,                )
                           )
         Respondent.       )

## MEMORANDUM OPINION

Petitioner is a California state prisoner incarcerated in San Luis Obispo, California. Appearing *pro se*, petitioner has filed a Petition for Writ of Habeas Corpus under 28 U.S.C. § 2254, challenging his California conviction. In addition, he has applied to proceed *in forma pauperis*. The application will be granted and this case will be dismissed for want of jurisdiction.

Section 2254 requires a petitioner first to exhaust his available state remedies. *See id.* §2254(b)(1). Thereafter, an application under § 2254 "may be filed in the district court for the district wherein such person is in custody or in the district court for the district [where] the State court was held which convicted and sentenced [petitioner][,] and each of such district courts shall have concurrent jurisdiction to entertain the application." 28 U.S.C. § 2241(d). This court in the District of Columbia lacks authority to address the instant petition. A separate order of dismissal accompanies this Memorandum Opinion.

Date: July 19, 2018

United States District Judge